UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON.PATRICK J.DUGGAN
CASE NO.08-20309-1

UNITED STATES OF AMERICA,

-V-

RICARDO VARGAS,

        Defendant(s).

_____/

## ORDER DENYING MOTION FOR SEVERANCE

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on September 23, 2008.

This matter is before the Court on Defendant 's Motion for Severance and Separate

Trial.  For  the reasons stated on the  record on September 23, 2008;

IT IS ORDERED that the Motion for Severance and Separate trial  be and the same

is hereby DENIED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  September 23, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record
on September 23, 2008, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager