UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CASE NO. 08-20309-1

UNITED STATES OF AMERICA,

-V-

RICARDO VARGAS,

       Defendant(s).
_____/

## ORDER GRANTING MOTION IN LIMINE

At a session of said Court, held in the U.S. District Courthouse, Eastern District of Michigan, on September 30, 2008.

This matter is before the Court on Defendant's Motion In Limine to Exclude Prior Conviction. For the reasons stated on the record on September 30, 2008;

IT IS ORDERED that the Motion to Exclude Prior Conviction be and the same is hereby GRANTED.

       s/Patrick J. Duggan
       Patrick J. Duggan
       United States District Judge

Dated: September 30, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 30, 2008, by electronic and/or ordinary mail.

       s/Marilyn Orem
       Case Manager